COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED
JAN 19 2000
MICHAEL N. MILBY CLERK

Robert Alvarado #691789
**Plaintiff's name and ID Number**

McConell Unit
**Place of Confinement**

CASE NO. C-00-029
(Clerk will assign the number)

v.

Eduardo Mortez coIII McConell unit 3001 Emily Dr Beeville TX 78102
**Defendant's name and address**

_____
**Defendant's name and address**

_____
**Defendant's name and address**
( DO NOT USE "ET AL.")

I.   **PREVIOUS LAWSUITS:**

A.   Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___YES  ✓ NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court (If federal, name the district; if state, name the county)_____
   4. Docket Number: _____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)
      _____
   7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: M<sup>c</sup>Conell Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution?  ___YES ✓ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
  A. Name and address of plaintiff: _____

  B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.
  Defendant #1: Eduardo Montez / CO III Ad Seg 12 B/d M<sup>c</sup>Cnell Unit 3001 Emily Drive Beeville TX 78102
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  Slamed on the Floor while handcuffed and hit and kicked

  Defendant #2 _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

  Defendant #3: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

  Defendant #4: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

  Defendant #5: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Slamed on Floor while handcuffed Afterwards and kicked and hit in Face and Back on 12 B/d F-pod E-section One Row

, ATC1983 (Rev.04/98)                     3

life was also threatend. officer Montez co III Did then and their Assault me Inmate Robert Alvarado 691789 on 12-21-99 in E-Section F pod R Bld by placeing handcuffs on my hands and taking me out of the cell and Slamed me on the Floor. once I was on the Floor officer Montez co III started to kick me on my head and also hit me with hes hand also on my head and also hit me on the Side of my Ribs. When I hit the Floor my left Shoulder was badly hurt and my head as well. And my Wrist

VI. **RELIEF:** was also badly hurt too.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask that officer Eduardo Montez be removed from his Job and that I get paid Twenty five thousand

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases: _____ NoN

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. NoN

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case Number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES___NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98)                4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number: _____

3. Approximate date warnings were imposed: _____

Executed on: _____
              DATE

_____
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __7th day__ day of __Jon__, 19 __2000__
        (Day)             (month)      (year)

*Robert Alvarado #691789*

_____
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC1983 (Rev.04/98)           5

On 12-21-99 officer MonTez coIII did then and there threaten my life before I was taken out of the cell. I had talked to Major Norris Jackson the Ad Seg Major and also talked to Lt Ambriz Lt Aurelio Ambriz in october of 99 and capt Daniel Fernadez about officer MonTez coIII spitting on my food trays and also threating my life as well. capt Fernadez And Major Jackson took officer MonTez coIII out of F-pod 12 Bld because of what he was doing. He was out of F-pod for three months. I had told Major Jackson and capt Fernadez not to put officer MonTez back on F-pod because he was just starting problems with me and some other people. On 12-21-99 officer MonTez clamied that I had kicked him. But I did not kick him at anytime at all. After the Major use of force they were supose to have a camra present and they did not. They also did not take predures

of my Injurys. Second shift came on and Lt Kimberly Bremer took me to Medical w Bld and that is where they took pictures of my Injurs. They took pictures of my left shoulder my left side of my head beside my ear I had a big ump where I had hit the Foor. They took pictures of my left wrist where officer Montez coIII had twisted it while I was handcuffed. Sergeant Thomas Boughner was the one that took pictures of my Injurys and was a witness that I had been Truely physically harmed. My nick was also hurt badly where officer Montez during the Major use of Force had twisted it. I could not move my nick at all. Officer Silvas coIII was with officer Montez. Between officer Montez and officer Silvas both coIII's. The Major use of Force was planned between both people. Lt Aurelio Ambriz was also a witness to my Injurys sergent Garza was also a witness to my Injurys as well

# Witness Statement

1-13-00

On the date of 12-21-99 at 11:45 AM on F pod Esec. I offender Muhammad Latherius Young TDCJ Number #782540 was a witness to an unlawful use of force that was done on offender Robert Alvarado #691789. On the date above offender Alvarado was asked was he going to shower offender replyed yes so at the time, officer Eduardo Montez CO III at McConnell Unit was placing the hand restrants on offender Alvarado. After the hand restrant was placed on offender officer Montez rolled the door to let offender out. As offender Alvarado came out his cell and was begainning to walk toward the shower officer Eduardo Montez CO III grabed offender Alvarado around his neck causeing a struggal between him and offender, as they struggal went on officer Montez finally got a slam on offender and as offender Alvarado came to the floor officer Montez threw a punch to offender head cause him offender Alvarado to go out for a few seconds. The offender recieved NO medical attention that day when at the time offender Alvarado need medical attention.