IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 19 2000

MICHAEL N. MILBY CLERK

Robert Alvarado # 691789
Plaintiff's name and ID Number

McConell prison unit
Place of Confinement

CASE NO. __C-00-029__
(Clerk will assign the number)

v.

Eduardo Montez CO III    McConell
Defendant's name and address    unit 3001 Emily Dr
                                Beeville TX 78102

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Robert Alvarado #691789, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐  No☑
   b. Rent payments, interest or dividends?               Yes☐  No☑
   c. Pensions, annuities or life insurance payments?    Yes☐  No☑
   d. Gifts or inheritances?                              Yes☐  No☑
   e. Family or friends?                                  Yes☐  No☑
   f. Any other sources?                                  Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
        Yes☐           No☑
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _____, 19___.

*Robert Alvarado  #691789*
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         01/13/00
ML18/SEN9611               IN-FORMA-PAUPERIS DATA                  12:25:20
TDCJ#: 00691789 SID#: 05134746 LOCATION: MCCONNELL       INDIGENT DTE: 12/02/96
NAME: ALVARADO,ROBERT LEE              BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       0.00
6MTH DEP:            0.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/99        0.00            0.00       09/99        0.00            0.00
11/99        0.00            0.00       08/99        0.00            0.00
10/99        0.00            0.00       07/99        0.00            0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _3rd_ DAY OF _Jan_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002