IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2000

Michael N. Milby, Clerk of Court

ROBERT ALVARADO          §
   Prisoner No. 691789

V.                       §          C. A. NO.:  C-00-029

EDUARDO MONTEZ           §

## ORDER VACATING SETTING OF SPEARS HEARING

By order of the Court the Spears Hearing scheduled on Thursday, April 13, 2000,

beginning at 9:00 a.m., is canceled.

It is therefore ORDERED that the Court's Order Setting Spears Hearing by Telephone

Conference signed by United States Magistrate Judge Jane Cooper-Hill on March 10, 2000, is

hereby VACATED.

Signed this ___29___ day of March 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE