United States District Court
Southern District of Texas
ENTERED

JUN - 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALVARADO | § | |
| | § | |
| V. | § | C.A. NO. C-00-029 |
| | § | |
| EDUARDO MONTEZ | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation, the Court hereby enters Final Judgment dismissing this action without prejudice.

ORDERED this 7th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE